Dale L. Kingman, WSBA #07060
Gordon Tilden Thomas & Cordell LLP
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
dkingman@gordontilden.com

John D. Cadagan, WSBA #47996
Gordon Tilden Thomas & Cordell LLP
421 W. Riverside Ave., Suite 670
Spokane, Washington 99201
509.598.4983
jcadagan@gordontilden.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| MICHAEL J. HANSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUN LIFE FINANCIAL SERVICES COMPANY, INC, a foreign corporation; SUN LIFE ASSURANCE COMPANY OF CANADA, a foreign corporation,<br><br>Defendants. | NO. 2:22-cv-00306-MKD<br><br>PLAINTIFF'S RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESS |

Pursuant to Fed. R. Civ. P. 26(a)(2) and this Court's Second Jury Trial

Scheduling Order dated November 3, 2023, Plaintiff Michael J. Hanson makes the

PLAINTIFF'S RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESS - 1
No. 2:22-cv-00306-MKD

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

following disclosure of a potential expert witnesses who may be used at trial to present evidence under Federal Rules of Evidence 702, 703, or 705:

> Peter Marchel, JD, MBA, CDR, RPLU, CPCU, ARM, AIS, AIM, AIC
> Marchel & Associates Risk Consulting
> 12262 337th Place N.E.
> Carnation, WA 98014
> 425.788.4349

Mr. Marchel is an expert in insurance claims handling and insurer bad faith in Washington, and may testify regarding his opinions on Sun Life's claims handling and bad faith with respect to Michael Hanson. Mr. Marchel was retained following the Court's grant of Sun Life's Motion to Amend and Second Jury Trial Scheduling Order. Dkts. 35, 38. Mr. Marchel is reviewing the documentation obtained to-date. His opinions are not yet final as discovery is ongoing, Sun Life has multiple outstanding document subpoenas, no depositions have taken place, and Sun Life's recent Amendment to its Answer asserting new defenses. He will provide his report with preliminary opinions on which he is prepared to testify in the near term. A copy of Mr. Marchel's curriculum vitae is attached. Mr. Marchel's rate for expert consulting services and depositions is s $600 per hour, $300 per hour for travel, and $700 per hour for trial or arbitration testimony. He has testified in the last four years as shown in the attached list.

Mr. Marchel is generally available for deposition in the coming months.

PLAINTIFF'S RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESS - 2
No. 2:22-cv-00306-MKD

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 16th day of November, 2023.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff Michael J. Hanson

By   s/ *John D. Cadagan*
    John D. Cadagan, WSBA #47996
    421 W. Riverside Ave., Suite 670
    Spokane, Washington 99201
    509.598.4983
    jcadagan@gordontilden.com

PLAINTIFF'S RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESS - 3
No. 2:22-cv-00306-MKD

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477



Curriculum Vitae of Peter Marchel, JD, MBA, CDR, RPLU, CPCU, ARM, AIS, AIM, AIC

**Professional History**
**Marchel Risk Consulting LLC dba Marchel & Associates Risk Consulting**
**2012 –Current Founder & President.**
Marchel & Associates Risk Consulting is a licensed surplus lines brokerage assisting insurance agencies, organizations and law firms in mitigating insurance risk. Clients range from single producer agencies to some of the largest brokerage firms in the world.

The surplus lines brokerage evaluates risk profiles and helps clients develop and place risk mitigation programs, including insurance, for companies in the areas of commercial liability – focusing on management, cyber breach and privacy, employment liability and professional liability. Industry focus: Financial Institutions, publicly traded companies and insurance companies and agencies.

Consulting for organizations and law firms on risk mitigation, including insurance policy review. We work with clients to resolve insurance disputes. We provide clients with guidance on preventing and defending management and professional liability claims.

Expert witness testimony and litigation support in insurance claims handling, insurance placement, insurer bad faith and agent and brokers errors and omissions. Peter Marchel has also served as an Arbitrator and Mediator.

**Crump Insurance Services, Inc. 2009 – 2011**
**Senior Vice President, Claims Advocate.** Responsible for developing financial services practice in the Pacific Northwest and Canada. Worked with local and regional insurance agencies in placing insurance coverage for their clients. Provided education and training for local and regional brokerages in management and professional liability coverage areas.

Provide clients with advice concerning mitigation and placement of insurance for management and professional liability exposures.

**Alexander Morford & Woo, Inc, 2002 - 2009**
**Vice President and General Counsel.**
Created management liability business for Canadian based risks, worked with national Canadian insurance agency in placing over 100 Public D&O accounts for Canadian based companies.

Created financial institution practice for management and professional liability risks focusing on public companies and financial institutions. Provided training to local and regional insurance agencies. Developed and presented several management liability programs for public and private company boards of directors.

Provide clients with guidance on preventing and defending management and professional liability claims. Assist clients with reservation of rights and denial of coverage letters from their insurer.

**Marsh Inc, 1999 – 2002**
**Senior Vice President and Claims Advocate.**
Consulted with Fortune 500 Companies on insurance coverage issues in management and professional liability. Work with clients to resolve high profile insurance disputes. Provide clients with guidance on preventing and defending management and professional liability claims.

**Sedgwick Inc., 1997 – 1999**
**Associate General Counsel and Professional Liability Risk Management and Litigation Director.**
Managed North American legal department defending professional and employment liability claims. Managed, hired and fired law firms across North America. Responsible for reporting, reserving costs and expenses and resolving claims against Sedgwick in North America. Worked closely with Executive management in United States, Great Britain and fronting insurance company.

Developed and implemented training program, presented to employees across North America (5,000employees). Reduced costs and expenses 35%.

**Safeco Insurance Company 1991 – 1997**
**Attorney in Corporate (1996 - 1997)**
Managed outside counsel on major litigation, RICO, Class Action and Bad Faith Lawsuits.

**Safeco Insurance Company 1991 – 1997**
**Attorney in Trial Department (1991 – 1996)**
Carried full trial case load, defended policyholders as trial attorney. Provide legal advice to internal business units and departments. Provide training to claims department on Alternative Dispute Resolution techniques. Developed early case evaluation program by implementing Total Quality Management and Alternative Dispute Resolution techniques within the various SAFECO office trial departments.

**Craig L. Jones & Associates 1990 – 1991**
**Associate attorney.**
Business formations and Real Estate transactions. Motions practice before county administrative and regulatory agencies and various Superior Courts.

**Casey & Pruzan 1989 - 1990**
**Associate attorney.**
Business and Real Estate transactions. Motions practice before Court of Appeals, Bankruptcy Court and various Superior Courts.

**Washington State Supreme Court 1988 - 1989**
**Law Clerk to Chief Justice Callow.**
Research and draft legal opinions. Prepare research and draft opinions on attorney disciplinary appeals.

**Education**
JD, Doctor of Jurisprudence,
Willamette University College of Law      (1988)
(Law Review)

MBA, Master of Business Administration
Willamette University Atkinson Graduate School of Management   (1988)

Certificate in Dispute Resolution,
Willamette University College of Law      (1988)

BA Political Science and Communications
University of Washington                  (1984)

Certificate in Total Quality Management
University of Washington                  (1996)

CPCU – Chartered Property Casualty Underwriter.
Awarded by the American Institute for Chartered Property Casualty Underwriters.
(1996)

AIM – Associate in Management.
Awarded by the American Institute for Chartered Property Casualty Underwriters.
(1997)


AIS – Associate in Insurance Services.
Awarded by the American Institute for Chartered Property Casualty Underwriters.
(1997)

RPLU – Registered Professional Liability Underwriter.
Awarded by the Professional Liability underwriting Society.  (2011)

ARM – Associate in Risk Management.
Awarded by The Institutes Risk & Insurance Knowledge Group.  (2018)

AIC – Associate in Claims.
Awarded by The Institutes Risk & Insurance Knowledge Group. (2018)

**Teaching**    Adjunct Professor Crichton College, Memphis TN
Summer 2000 – Spring 2002

Classes:
| Business Law | Introduction to Business |
| Finance | Investments |
| Insurance Law | |

**Professional Affiliations and Licenses**
Licensed Attorney in State of Washington
Licensed Surplus Lines Broker and Agent in State of Washington
Licensed in additional jurisdictions
American Association of Insurance Management Consultants (AAIMCo) (President from 2017 – 2019)
Washington Chapter Association of Corporate Counsel (President from 2006 – 2009)
PNW Chapter of Chartered Property Casualty Underwriters.  (President Lake Washington Chapter 2006 – 2007,  Board Member PNW Chapter – currently)
Washington State Bar Association
Washington Surplus Lines Association
Northwest Chapter of PLUS (2012 – 2018 Board member)
Washington Chapter RIMS (2016 – 2019 Past Board member)

| Date | ACTION | Client | Court | Type of Matter | Scope of Work | Result |
|---|---|---|---|---|---|---|
| | Expert Witness - Consulting Work | | | | | |
| 12/1/2012 | Venture, Inc., v. Scottsdale Indemnity Company | Venture (P) | US Dist. Court SD, Jackson, MS USOC 3-12-CV-WH-LRA | Insurer Bad faith - EPL /EEOC Denial Interrelated Acts Notice | Deposition   Report | Settled |
| 2/1/2013 | Millies v. Landamerica Transnation | Landamerica (D) | Superior Court Stevens County, WA  No. 09-2-00426-7 | Title Insurance company      Bad faith claim regarding settlement offer | Trial Testimony | Defense verdict |
| 8/1/2013 | Lexington Insurance Company v. Horace Mann Insurance Company v. Aon Risk Services, Inc. | AON  3rd party D | US District Court Northern District Ills. Eastern Division 11-cv-02352 | Agents & Brokers E&O   Failure to advise, report a claim | Expert review and Report Deposition  &  Trial Testimony | Court ruled in favor of client |
| 11/3/2014 | Milgard Manufcaturing, Inc., v. Liberty Mutual Insurance Compnay | Milgard (P) | Western District of Washington Cause No. 13-cv-06024-BHS | Excess carrier, bad faith | Deposition   Report | Settled |
| 9/30/2015 | Swerland v. All Pro Risk Management | Swerland (P) | King County Superior Court Cause No. 15-2-03116-3 | Agents / Brokers Errors and Omissions | Review, Declaration, Deposition | Settled |
| 12/14/2015 | Alden Johnson v. Fire Insurance Exchange, Ryan Jackson and Jerry & Crystal Notson, Crystal Notson Insurance Agency, Inc. | Johnson (P) | Thurston county Superior Court Casue No. 14-2-02313-5 | Agents / Brokers Errors and Omissions | Deposition | Settled |
| 7/6/2016 | New Hampshire Insurance Company, Vigilant Insurance Company, Certain Underwriters of Lloyds of London Subscribing to Certificate No. 0576MMU280, St, Paul Fire & Marine Insurance Company, Fidelity & Deposit Company of Maryland, Continental Casualty Company, Liberty Mutual Insurance Company, Great American Insurance Company and Axis Reinsurance Company v. MF Global | MF Global (D) | Supreme Court of the State of New York, County of New York Index No.: 601621/09 | Fidelity Bond loss - Declaratory action filed by Insurers  - bad faith action | Review , report, Deposition | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/19/2016 | John & Patricia Forrest v. Bridget Kemahli, Kemahli Financial Services and Framers Insurance Company of Washington | John & Patricia Forrest (P) | King County superior Court Cause No. 16-2-07752-8 | Agents E&O and bad faith claims handling | Review, report, deposition | Settled |
| 12/13/2017 | Kimberly Corsentino v. Hub Interntational Services, Inc., and The Travelers Indemnity Compnay of Connecticut and Jason & Mendy Brockman, Plainitff Intervenors | Hub International Services, Inc., (D) | United States District Court for the District of Colorado | Agents E&O | Review, report and deposition | Settled |
| 10/23/2018 | Gregory J. Stark and Amanda A. Comeau vs. Markel American Insurance Company, And Degginer McIntosh & Associates, Inc | Gregory Stark (P) | King County Superior Court 17-2-23240-8 SEA | Agents E&O | Review, report, deposition | Settled |
| 11/18/2021 | Robert and Mimi Oshodine v. Farmers Group, Inc, et al | Farmers Group, Inc (D) | Superior Court of the State of California, County of Los Angeles - Central | Agents E&O, Insurance Bad Faith | Trial Testimony | Defense verdict |
| 9/15/2022 | James W. cherberg and NanChot Cherberg v. Fidelity National title Insurance Company | Fidelit National Title Insurance Company (D) | Superior court of the State of Washington County of King | Reservation of Rights, Claim handling | Deposition | On going |