Dale L. Kingman, WSBA #07060
Gordon Tilden Thomas & Cordell LLP
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
dkingman@gordontilden.com

John D. Cadagan, WSBA #47996
Gordon Tilden Thomas & Cordell LLP
421 W. Riverside Ave., Suite 670
Spokane, Washington 99201
509.598.4983
jcadagan@gordontilden.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| MICHAEL J. HANSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUN LIFE FINANCIAL SERVICES COMPANY, INC, a foreign corporation; SUN LIFE ASSURANCE COMPANY OF CANADA, a foreign corporation,<br><br>Defendants. | NO. 2:22-cv-00306-MKD<br><br>PLAINTIFF'S RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESS REBUTTAL REPORT |

Pursuant to Fed. R. Civ. P. 26(a)(2) and this Court's Second Jury Trial Scheduling Order dated November 3, 2023, Plaintiff Michael J. Hanson makes the following disclosure of a rebuttal expert witnesses who may be used at trial to

PLAINTIFF'S RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESS REBUTTAL REPORT - 1
No. 2:22-cv-00306-MKD

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

present evidence under Federal Rules of Evidence 702, 703, or 705:

    Peter Marchel, JD, MBA, CDR, RPLU, CPCU, ARM, AIS, AIM, AIC
    Marchel & Associates Risk Consulting
    12262 337th Place N.E.
    Carnation, WA  98014
    425.788.4349

Mr. Marchel is an expert in insurance claims handling and insurer bad faith in Washington, and may testify regarding his opinions on Sun Life's claims handling and bad faith with respect to Michael Hanson.

Mr. Marchel has reviewed the documentation obtained to-date. His rebuttal and supplemental opinions are being provided to Defendants and the Court contemporaneously with this disclosure, along with a copy of his curriculum vitae. Mr. Marchel's rates and prior testimony were previously provided to Defendants and the Court at ECF No. 39.

Defendants are deposing Mr. Marchel on February 6, 2024 at 9:30 a.m.

DATED this 16th day of January, 2024.

    **GORDON TILDEN THOMAS & CORDELL LLP**
    Attorneys for Plaintiff Michael J. Hanson

    By   s/ *John D. Cadagan*
        John D. Cadagan, WSBA #47996
        421 W. Riverside Ave., Suite 670
        Spokane, Washington 99201
        509.598.4983
        jcadagan@gordontilden.com

PLAINTIFF'S RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESS REBUTTAL REPORT - 2
No. 2:22-cv-00306-MKD

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477