# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HANSON, an individual,<br><br>         Plaintiff,<br> -vs-<br>SUN LIFE FINANCIAL SERVICES COMPANY, INC., a foreign corporation, et al.,<br><br>         Defendants. | Case No.   2:22-CV-00306-MKD<br><br>CIVIL MINUTES<br><br>DATE:   JANUARY 24, 2024<br>LOCATION: RICHLAND VIDEO CONFERENCE<br><br>MOTION HEARING |

### Honorable Mary K. Dimke

| Cora Vargas | 02 | Kimberly Allen |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| John Cadagan | | Russell Buhite |
| **Plaintiff's Counsel** | | **Defendants' Counsel** |

[ X ] Open Court    [  ] Chambers    [X] Video conference

<u>Defendant Sun Life Assurance Company of Canada's Motion in Limine to Exclude the Testimony of Plaintiff's Expert Witness Peter Marchel, ECF No. 40</u>.

- Argument by Mr. Buhite in support of motion
- Argument by Mr. Cadagan in opposition to motion

**Court**: Defendant Sun Life Assurance Company of Canada's Motion in Limine to Exclude the Testimony of Plaintiff's Expert Witness Peter Marchel, ECF No. 40, is **GRANTED IN PART (fees and costs) and DENIED IN PART (exclusion of witness)**; Mr. Buhite shall submit a petition for fees and costs.

Following discussion between the Court and counsel, the following deadlines were reset as follows:

```
Discovery Deadline:      3/29/2024
Daubert Motions:         3/29/2024
Dispositive Motions:     3/29/2024
```

## [X]  ORDER FORTHCOMING

| CONVENED: 10:30 A.M. | ADJOURNED: 10:54 A.M. | TIME: :24 HR. | CALENDARED  [  ] |
|---|---|---|---|