FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL J. HANSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUN LIFE FINANCIAL SERVICES COMPANY, INC., a foreign corporation; and SUN LIFE ASSURANCE COMPANY OF CANADA, a foreign corporation,<br><br>Defendant. | No. 4:22-CV-05086-MKD<br><br>ORDER OF DISMISSAL WITH PREJUDICE<br><br>**ECF No. 65** |

Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 65. The parties agree to the dismissal of this case due to settlement of all disputes. Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B) provide that a plaintiff may dismiss an action without court order by filing a stipulated motion to dismiss signed by all parties that have appeared. The instant stipulation is signed by all remaining parties and seeks dismissal with prejudice, without an award of fees or costs.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii), LCivR 41(a)(1)(B), and the parties' stipulation, **ECF No. 65**, all claims against and all defenses are **DISMISSED with prejudice**, without an award of fees or costs.

2. All pending hearings and deadlines, if any, are **STRICKEN**.

3. All pending motions, if any, are **DENIED as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to counsel, and **CLOSE** the file.

DATED April 3, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2